UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24612-CIV-ROSENBAUM/SELTZER

VM SOUTH BEACH, LLC,
a New York limited liability company,

    Plaintiff,

vs.

CASA CASUARINA, LLC, a Delaware
limited liability company, PETER T. LOFTIN,
an individual, HERBERT STETTIN, Chapter
11 Trustee of Rothstein Rosenfeldt Adler, P.A.,
UNITED STATES OF AMERICA INTERNAL
REVENUE SERVICE, PREMIRE PROTECTIVE
SERVICES, INC., a Florida corporation, and
LUXUARY RESORTS, LLC, a North Carolina
limited liability company,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of December 2012.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States Magistrate Judge Lurana S. Snow.

Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation:   11-24612-CIV-ROSENBAUM/SNOW.

By Order of this Court this 28th day of December, 2012.

                                            Steven M. Larimore, Clerk
                                            Clerk of Court

                                            By:     /s/ Michael W. Beck
                                                        Deputy Clerk

Copies to:

Honorable Robin S. Rosenbaum, United States District Judge
Honorable Lurana S. Snow, United States Magistrate Judge

All Counsel of Record