# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Ft. Lauderdale Division*
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| ROTHSTEIN ROSENFELDT ADLER, P.A., | Case No. 09-34791-BKC-RBR |
| | Chapter 11 |
| Debtor. | |
| _____/ | |
| | |
| VM SOUTH BEACH, LLC, | Adversary Case No. 13-01295-RBR |
| a New York limited liability company, | |
| | |
| Plaintiff, | |
| v. | |
| | |
| CASA CASUARINA, LLC, et al., | |
| | |
| Defendants. | |
| _____/ | |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7030, counsel for Plaintiff, VM South Beach, LLC, will take the video deposition of **Peter Loftin, as manager of Casa Casuarina, LLC** on **Thursday, June 27, 2013**, beginning **at 10:00 a.m**., at the offices of Gunster, Yoakley & Stewart, P.A., 777 S. Flagler Drive, Suite 500 East, West Palm Beach, FL 33401.

The deposition will be taken before a court reporter, Notary Public or any other officer authorized by law to take depositions in the State of Florida and will be recorded by stenograph and video. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under Federal Rules of Civil Procedure.

**GUNSTER, YOAKLEY & STEWART, P.A.**
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

Dated this 7th day of June, 2013.

                                        Respectfully submitted,

                            By:   /s/   Edward A. Marod
                                 David M. Wells, Esq.
                                 Florida Bar No. 0309291
                                 Edward A. Marod, Esq.
                                 Florida Bar No. 238961
                                 Laura Fortney Gross, Esq.
                                 Florida Bar No. 0020531
                                 Gunster, Yoakley & Stewart, P.A.
                                 Phillips Point, Suite 500 East
                                 777 South Flagler Drive
                                 West Palm Beach, FL  33401-6194
                                 Telephone:     (561) 650-0522
                                 Facsimile:      (561) 655-5677

**CERTIFICATES**:
**PURSUANT TO LOCAL RULE 9011-4(B)**:

I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 7th day of June 2013, I served the foregoing document on all parties and counsel of record identified on the attached Service List by U.S. Mail.

                            By:  /s/   Edward A. Marod
                                 Edward A. Marod, Esq.

**SERVICE LIST**

Ronald M Friedman
19 W Flagler St #620
Miami, FL 33130

Manuel Agustin Guarch IV
1 Alhambra Plaza #1130
Miami, FL 33134

Thomas Meeks
100 SE 2nd St #4200
Miami, FL 33131

Premier Protective Services Inc.
c/o Victor Mancebo, Agent
13780 SW 56th Street
Suite 200
Miami, FL 33175

Israel Umberto Reyes
1 Alhambra Plaza #1130
Coral Gables, FL 33134

Frank Scruggs, Esq.
Berger Singerman, LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33330

Adam Jason Steinberg
200 S Andrews Ave #903
Fort Lauderdale, FL 33301

United States of America Internal Revenue Service
c/o Richard Goldman
Branch Chief & Authorized Agent
1111 Constitution Ave NW
Washington, DC 20224

Laurie Marine Weinstein
350 E Las Olas Blvd #1000
Fort Lauderdale, FL 33330

Aaron S. Weiss, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131

Ronald M. Rosengarten, Esq.
John Dodd, Esq.
Greenberg Traurig, P.A.
333 Avenue of the Americas
Miami, Florida 33131

JAX_ACTIVE 3317763.1